

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Lee Vert Smith, Appellant

No. 06-16-00095-CR        v.

The State of Texas, Appellee

Appeal from the 5th District Court of Bowie County, Texas (Tr. Ct. No. 06-F0743-005). Memorandum Opinion delivered by Chief Justice Morriss and Justice Moseley and Justice Carter,* participating.     *Justice Carter, Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the trial court's denial of appellant's motion for DNA testing.

We note that the appellant, Lee Vert Smith, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED DECEMBER 9, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk